UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENT A. ALLEN,<br><br>                       Plaintiff,<br><br>-against-<br><br>JERMAINE DUPRI (SO SO DEF RECORDING); DAVID KLEIN (CANOPY GROWTH),<br><br>                       Defendants. | 21-CV-3839 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued May 18, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:    May 18, 2021
           New York, New York

                                                      /s/ Laura Taylor Swain
                                                         LAURA TAYLOR SWAIN
                                            Chief United States District Judge